# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. CR18-00759-CJC-2-4    CourtSmart CS 11/18/22    Date: November 18, 2022

Present: The Honorable Alka Sagar, United States Magistrate Judge, U.S. Magistrate Judge

Alma Felix — Deputy Clerk
Maria Jhai — Assistant U.S. Attorney
N/A — Interpreter / Language

USA v. Robert Boman
☑ Present   ☑ Custody   ☐ Bond   ☐ Not present

Attorney Present for Defendant: Peter C. Swarth
☑ Present   ☑ CJA   ☐ Retd   ☐ DFPD   ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).    ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____ .   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____ , in Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☐ Other: _____

**PROCEEDINGS:**   ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
         ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
         ☐ GRANTED   ☑ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $** _____
   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☑ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).    ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____                                          : 20

Deputy Clerk Initials  AF