# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:18-CR-00759(A)-CJC</u>          Recorder: <u>CS 02/21/2023</u>          Date: <u>02/21/2023</u>

Present: The Honorable <u>Autumn D. Spaeth</u>, U.S. Magistrate Judge

Court Clerk: <u>Kristee Hopkins</u>                    Assistant U.S. Attorney: <u>Maria Jhai</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) ROBERT BOMAN<br>        Custody | Peter C. Swarth, Panel<br>        Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.


Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.




Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Cormac J. Carney.
All dates previously set remain.


Counsel and Defendant shall appear for a Change of Plea Hearing 2/21/2023 at 3:30 PM before Judge Cormac J. Carney. Judge Carney is located in Courtroom 9B.



PIA: <u>00 : 05</u>
Initials of Deputy Clerk: <u>kh</u>

cc: Statistics Clerk, PSALA USMSA