UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CR 18-00759-CJC-2 | Date February 21, 2023 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Rolls Royce Paschal | Debbie Hino-Spaan | Maria Jhai |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Robert Boman | X | X | | 2) Peter Swarth, CJA | X | | X |

**PROCEEDINGS:  STATUS CONFERENCE**

Status Conference held.   Change of Plea will not go forward.

The Court and counsel confer.   For the reasons stated on the record, counsel shall file a briefing and hearing schedule with respect to a renewed motion for bail.

The Court orders the Pretrial Office to confer with CJA counsel, Peter Swarth regarding the availability of a residential treatment facility for the defendant.

 

 

 

 

 

 

 

 

                                                                                                       1 : 00

                                                                    Initials of Deputy Clerk   rrp

**cc: USPO, PSA**