Peter Swarth
THE LAW OFFICES OF PETER SWARTH
6520 Platt Ave., #557
West Hills, CA 91307
(818) 887-8800
pswarth@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ROBERT BOMAN<br><br>DEFENDANT. | CASE NUMBER<br><br>18-cr-759-CJC-2<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant Robert Boman
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Alka Sager _____ by order dated: 11/18/2022

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Defendant Boman has been been accepted for admission into the Salvation Army residential Adult Rehabilitation program for between 6 and 12 months.  See Exhibit A

Relief sought *(be specific)*:
Release from detention to participate in the Salvation Army program identified above.

Counsel for the defendant and plaintiff United States Government consulted on 2/28/2023
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to  ☐ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on _____ .

An interpreter is  ☐ required  ☑ not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

| 2/28/2023 | Peter Swarth for Robert Boman |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)