# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>　　　　　　　　　　　PLAINTIFF,<br>　　　v.<br><br>1) Robert Paul Rundo;<br>2) Robert Boman,<br><br>　　　　　　　　　　　DEFENDANT. | CASE NUMBER<br><br>CR 18-00759-CJC-1-2<br><br>**JUDGMENT OF DISCHARGE**<br>**(Fed. R. Crim. P. 32(k)(1))** |
|---|---|

The defendants named above are now entitled to be discharged on ALL pending counts of the Indictment/Information for the reason(s) stated below:

- ☐ the Court has granted the motion of the government for dismissal;
- ☐ the Court has granted the motion of the defendant for a judgment of acquittal;
- ☐ a jury has been waived, and the Court has found the defendant not guilty;
- ☐ the jury has returned its verdict, finding the defendant not guilty;
- ☒ an order of dismissal has been entered by the court;
- ☐ other (*specify below*):

IT IS THEREFORE ADJUDGED that the defendants named above are hereby discharged pursuant to Federal Rule of Criminal Procedure 32(k)(1).

☒ IT IS ORDERED that the bond of the defendant(s) is/are hereby exonerated.

February 21, 2024
Date

_____
United States District Judge

**NOTICE TO U.S. MARSHAL** - This Judgment of Discharge is not a substitute for the Release Form.

CR-68 (06/18)　　　　JUDGMENT OF DISCHARGE (Fed. R. Crim. P. 32(k)(1))