STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys, *pro bono*, for Robert Paul Rundo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | 18-cr-00759-CJC |
|---|---|
| Plaintiff, | **ROBERT RUNDO'S *EX PARTE* APPLICATION FOR ORDER THAT ANONYMOUS ATTORNEY BE PERMITTED TO VISIT HIM AT MDCLA** |
| v. | |
| ROBERT PAUL RUNDO, | |
| Defendants. | |
| | Judge Cormac J. Carney |

Defendant Robert Rundo applies *ex parte* for an order that an anonymous attorney be permitted to visit him at MDCLA, and this application is supported by the attached declaration of Stephen Yagman.

**YAGMAN + REICHMANN, LLP**

By: _____
**STEPHEN YAGMAN**

1

## DECLARATION OF STEPHEN YAGMAN

I, Stephen Yagman, declare the following to be true under the penalty of perjury at Venice Beach, California, pursuant to 28 U.S.C. § 1746, on the date set forth below my signature hereinbelow.

1. I am one of the attorneys for defendant Robert Rundo in this action.

2. An attorney wishes anonymously to visit Mr. Rundo, at MDCLA.

3. MDCLA requires visitors to provide their names, identification, and to sign in on a register.

4. The anonymous attorney wishes to remain anonymous and to be able anonymously to visit Mr. Rundo, without providing to the BOP, and hence the government, their name, identification, and to sign in on a register.

5. I left a telephone message with AUSA Alexander Robbins, at (213)894-3493, that the instant application would be made, and I asked him to call me back to let me know whether or not he would oppose the instant application, and I have not heard back from him.

_____
STEPHEN YAGMAN  07/24/24