E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450/2170
     Facsimile: (213) 894-0141
     E-mail:    kathrynne.seiden@usdoj.gov
                anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-759-JLS-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER (1) CONTINUING TRIAL DATE; (2) FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; AND (3) RESETTING CONDITIONS OF RELEASE |
| v. | |
| ROBERT BOMAN, | |
| Defendant. | **[PROPOSED] TRIAL DATE: 02-18-2025** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date; (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act; and (3) Resetting Conditions of Release, filed by the parties in this matter on or about September 20, 2024. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is set for February 18, 2025. The pretrial conference is set for February 7, 2025. The motion schedule for the remaining (non-dispositive) motions, including any motions <u>in limine</u>, shall be as follows: motions to be filed by January 20, 2025; oppositions to be filed by January 28, 2025; replies to be filed by January 31, 2025; and a hearing on the motions is set for February 7, 2025

2. The time period of August 9, 2024, to February 18, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 8A of the Federal Courthouse, 350 West 1st Street, Los Angeles, California on February 18, 2025, at 8:30 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. Defendant's bond should be reinstated on the same conditions as reflected in the order dated March 6, 2023 (Dkt. 236), with the exception of the following modification:

    a. The following condition "Location Monitoring with an ankle monitor: Global Positioning System (GPS)" shall be replaced with the following condition: "Location Monitoring technology at the discretion of the Supervising Agency."

IT IS SO ORDERED.

_____   _____
DATE                          HONORABLE JOSEPHINE L. STATON
                              UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Anna Boylan*
ANNA P. BOYLAN
KATHRYNNE N. SEIDEN
Assistant United States Attorneys