12-13
1/c

**FILED**
LOS ANGELES SUPERIOR COURT
DEC 13 2011
JOHN A. CLARKE, CLERK
BY TERESA SUAFOA, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. YA083012 |
|---|---|
| Plaintiff, | |
| v. | |
| 01 ROBERT EDWARD KUCHTA BOMAN ▉/1993) | *FELONY COMPLAINT* |
| Defendant(s). | |

The undersigned is informed and believes that:

COUNT 1

On or about December 11, 2011, in the County of Los Angeles, the crime of SECOND DEGREE ROBBERY, in violation of PENAL CODE SECTION 211, a Felony, was committed by ROBERT EDWARD KUCHTA BOMAN, who did unlawfully, and by means of force and fear take personal property from the person, possession, and immediate presence of C▉ R▉ B▉
"NOTICE: The above offense is a violent felony within the meaning of Penal Code 667.5(c)."
"NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

\* \* \* \* \*

BOOKING FEE
REQUIRED

ENTERED THIS    DEC 13 2010

Rev. 900-1/99  DA Case 31749111       Page 1                    Case No. YA083012
                              *FELONY COMPLAINT*

BOMAN_00000078

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR

NOTICE: Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER YA083012, CONSISTS OF 1 COUNT(S).

Executed at TORRANCE, County of Los Angeles, on December 12, 2011.

_____
RYAN GALASSI
DECLARANT AND COMPLAINANT

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
KIMBER COOLEY, DEPUTY

AGENCY: TORRANCE PD         I/O: RYAN GALASSI         ID NO.: 17379         PHONE:
DR NO.: 110073077           OPERATOR: RHH            PRELIM. TIME EST.:

Rev. 900-1/99 DA Case 31749111         Page 2         Case No. YA083012
*FELONY COMPLAINT*

BOMAN_00000079



| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| BOMAN, ROBERT EDWARD KUCHTA | | 1993 | 2965159 | $50,000 | 12/13/2011 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Rev. 900-1/99  DA Case 31749111          Page 3          Case No. YA083012
*FELONY COMPLAINT*

BOMAN_00000080

## FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

ROBERT EDWARD KUCHTA BOMAN

| Count No. | Charge | Charge Range | Special Allegation | Alleg. Effect |
|---|---|---|---|---|
| 1 | PC 211 | 2-3-5 State Prison | | |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

ROBERT EDWARD KUCHTA BOMAN          No Bail          Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given. Date of arraignment in Superior Court will be:

ROBERT EDWARD KUCHTA BOMAN          _____ in Dept ____

at: __8:30__ A.M.

Date:_____

_____
*Committing Magistrate*

I certify that this is a true and correct copy of the original on file in or issued from this office, consisting of 4 pages.

DAVID W. SLAYTON, Executive Officer / Clerk of the Superior Court of California, County of Los Angeles.

Date: 1-3-2025   By: _____, Deputy

Rev. 900-1/99  DA Case 31749111          Page 4          Case No. YA083012
**FELONY COMPLAINT**

BOMAN_00000081

```
                    SUPERIOR COURT OF CALIFORNIA
                        COUNTY OF LOS ANGELES
NO. YA083012                                    PAGE NO.   1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 01/03/25
DEFENDANT 01:  ROBERT EDWAR KUCHTA BOMAN
LAW ENFORCEMENT AGENCY EFFECTING ARREST: TORRANCE POLICE DEPARTMENT

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR   SURETY COMPANY   REGISTER
         DATE     OF BAIL   POSTED   BOND NO.                      NUMBER

CASE FILED ON 12/13/11.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 12/11/11 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 211 PC FEL
NEXT SCHEDULED EVENT:
  12/13/11   830 AM   ARRAIGNMENT   DIST TORRANCE COURTHOUSE DEPT 004


ON 12/13/11 AT   830 AM   IN TORRANCE COURTHOUSE DEPT 004


CASE CALLED FOR ARRAIGNMENT
PARTIES: THOMAS SOKOLOV (JUDGE)   DEBORAH LUNA   (CLERK)
              JOANNE GARCIA   (REP)     CANDACE F. SMITH   (DA)
PUBLIC DEFENDER APPOINTED.   JOHN MATTINGLY - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JOHN MATTINGLY DEPUTY PUBLIC
  DEFENDER
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 211 PC.
THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.
THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.
  COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   THE DEFENDANT DENIES THE ALLEGATIONS.
BAIL SET AT $80,000.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
12/29/11   830 AM   PRELIM SETTING/RESETTING   DIST TORRANCE COURTHOUSE DEPT 004

DAY 00 OF 10

CUSTODY STATUS: REMANDED TO CUSTODY


ON 12/29/11 AT   830 AM   IN TORRANCE COURTHOUSE DEPT 004

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: CMR DOUGLAS CARNAHAN (JUDGE)   DEBORAH LUNA   (CLERK)
              JOANNE GARCIA          (REP)   PAUL F. GUTHRIE III   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HAARIS M. SYED DEPUTY PUBLIC
  DEFENDER
BAIL SET AT $80,000
  PROTECTIVE ORDER SIGNED AND FILED THIS DATE.
  COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  01/04/12   830 AM   PRELIM SETTING/RESETTING   DIST TORRANCE COURTHOUSE DEPT
```

```
CASE NO. YA083012                                    PAGE NO.   2
DEF NO.  01                                          DATE PRINTED 01/03/25

     004
DAY 00 OF 10

CUSTODY STATUS: REMANDED TO CUSTODY


ON 01/04/12 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: THOMAS SOKOLOV (JUDGE)   IRVIN LACKEY   (CLERK)
              JOANNE GARCIA       (REP)  PAUL F. GUTHRIE III   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HAARIS M. SYED DEPUTY PUBLIC
   DEFENDER
BAIL SET AT $80,000
   60 DAY WAIVER TAKEN.
 .
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
   01/18/12   830 AM   PRELIM SETTING/RESETTING   DIST TORRANCE COURTHOUSE DEPT
     004
DAY 00 OF 10

CUSTODY STATUS: REMANDED TO CUSTODY


ON 01/18/12 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: THOMAS SOKOLOV (JUDGE)   DEBORAH LUNA   (CLERK)
              JOANNE GARCIA   (REP)     CANDACE F. SMITH   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HAARIS M. SYED DEPUTY PUBLIC
   DEFENDER
 ON PEOPLE'S MOTION, COURT ORDERS COMPLAINT AMENDED BY INTERLINEATION TO ADD
    VIOLATION 487(C) PC FEL  AS COUNT 02.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING
     CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

    SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
    AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
 THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
    COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
 THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
```

```
CASE NO. YA083012                                     PAGE NO.   3
DEF NO.  01                                           DATE PRINTED 01/03/25

COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
   MADE;
THE DEFENDANT WITH THE COURTS APPROVAL, PLEADS NOLO CONTENDERE TO COUNT 02 A
   VIOLATION OF SECTION 487(C) PC.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (02) : DISPOSITION: CONVICTED
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
   ACCEPTS PLEA.
NEXT SCHEDULED EVENT:
   SENTENCING
AS TO COUNT  (02):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON FORMAL PROBATION
   FOR A PERIOD OF 005 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
   SERVE 270 DAYS IN LOS ANGELES COUNTY JAIL
     DEFENDANT GIVEN TOTAL CREDIT FOR 78 DAYS IN CUSTODY 39 DAYS ACTUAL CUSTODY
     AND 39 DAYS GOOD TIME/WORK TIME
   PLUS $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)
     $30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)

     TOTAL DUE: $70.00
   IN ADDITION:
   -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
     1202.4(B) PENAL CODE IN THE AMOUNT OF $ 200.00.
   -DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION
     FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF
     $ 200.00. THIS FINE SHALL BECOME EFFECTIVE UPON THE REVOCATION
     OF PROBATION.
   -DEFENDANT IS TO MAKE RESTITUTION TO THE VICTIM IF ANY
     PURSUANT TO PENAL CODE SECTION 1202.4(F), IN THE AMOUNT
     AND MANNER AS INSTRUCTED BY THE PROBATION OFFICER,
     INCLUDING SERVICE CHARGE.
   -NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS
     OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH VALID PRESCRIPTION, AND
     STAY AWAY FROM PLACES WHERE USERS, BUYERS OR SELLERS CONGREGATE,
     EXCEPT IN AN AUTHORIZED DRUG COUNSELING PROGRAM.
   -NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG
     USERS OR SELLERS.
   -SUPPORT DEPENDENTS AS DIRECTED BY THE PROBATION OFFICER.
   -SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED
     BY THE PROBATION OFFICER.

   -KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AND WORK AND
     HOME TELEPHONE NUMBERS AT ALL TIMES.
   -NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
     INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

   -SUBMIT PERSON AND PROPERTY TO SEARCH OR SEIZURE AT ANY TIME OF
     THE DAY OR NIGHT BY ANY LAW ENFORCEMENT OFFICER OR BY PROBATION
     OFFICER WITH OR WITHOUT A WARRANT.
   -OBEY ALL LAWS AND ORDERS OF THE COURT.
   -OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
   -DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  48 HOURS
     AFTER RELEASE FROM CUSTODY, TO 3221 TORRANCE BLVD., TORRANCE,
     CALIF..
   COURT ORDERS AND FINDINGS:
   -PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
```

BOMAN_00000084

```
CASE NO. YA083012                                PAGE NO.   4
DEF NO.  01                                      DATE PRINTED 01/03/25
```

      BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
      IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
      SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
      IDENTIFICATION.
    PROTECTIVE ORDER IS SIGNED BY THE COURT,FILED, AND SERVED
    ON THE DEFENDANT THIS DATE IN OPEN COURT.
 COUNT (02): DISPOSITION: CONVICTED
 REMAINING COUNTS DISMISSED:
      COUNT  (01): DISMISSED DUE TO PLEA NEGOTIATION
 DMV ABSTRACT NOT REQUIRED
 NEXT SCHEDULED EVENT:
    PROBATION IN EFFECT/REMANDED

 CUSTODY STATUS: ON PROBATION

 01/20/12   ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
            JUSTICE


 ON 04/09/13 AT  800 AM :

   DEFENDANT IS A POSSIBLE CUSTODY PURSUANT TO THE CUSTODY LIST.
   DEFENDANT HAS A NEW CASE YA087104.
 NEXT SCHEDULED EVENT:
   04/09/13   830 AM  POSSIBLE VIOL. OF PROBATION   DIST TORRANCE COURTHOUSE
      DEPT 004



 ON 04/09/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

 CASE CALLED FOR POSSIBLE VIOL. OF PROBATION
 PARTIES: THOMAS SOKOLOV (JUDGE) DEBORAH LUNA    (CLERK)
               JOANNE GARCIA   (REP)     CANDACE F. SMITH   (DA)
 DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY DANA FLAUM DEPUTY PUBLIC
    DEFENDER
    PROBATION REVOKED
 AS TO COUNT  (02):
    COURT ORDERS AND FINDINGS:
 BAIL SET AT NO BAIL.

 DMV ABSTRACT NOT REQUIRED
 NEXT SCHEDULED EVENT:
   04/23/13   830 AM  SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
      DEPT 004


 CUSTODY STATUS: REMANDED TO CUSTODY


 ON 04/23/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

 CASE CALLED FOR SETTING OF VIOLATION HEARING
 PARTIES: THOMAS SOKOLOV (JUDGE)  DEBORAH LUNA   (CLERK)
               JOANNE GARCIA       (REP)  CANDACE F. SMITH   (DA)
 DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BENNETT T. MORI DEPUTY PUBLIC
      DEFENDER
 BAIL SET AT NO BAIL
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
 NEXT SCHEDULED EVENT:

```
CASE NO. YA083012                                    PAGE NO.   5
DEF NO.  01                                          DATE PRINTED 01/03/25

  05/07/13   830 AM   SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
     DEPT 003

CUSTODY STATUS: REMANDED TO CUSTODY


ON 05/07/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 003

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR SETTING OF VIOLATION HEARING
PARTIES: DUDLEY GRAY II (JUDGE)   SHIRLEY LINARES   (CLERK)
            DAWSHA L. LAYLAND        (REP)  TANVIR A ANIS   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER APPEARING BY WILLIAM HOFFMAN
BAIL SET AT NO BAIL

   *****NUNC PRO TUNC ORDER NOT REQUIRED.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  05/29/13   830 AM   SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
     DEPT 003

CUSTODY STATUS: DEFENDANT REMANDED


ON 05/29/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 003

CASE CALLED FOR SETTING OF VIOLATION HEARING
PARTIES: HECTOR M. GUZMAN (JUDGE)   SHIRLEY LINARES   (CLERK)
            DAWSHA L. LAYLAND        (REP)  PHILIP E. Y. NORRIS   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
   MATTER IS CONTINUED TO JUNE 13, 2013 AT 8:30AM IN DEPT. 703.
NEXT SCHEDULED EVENT:
  06/13/13   830 AM   SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
     DEPT 703




ON 06/13/13 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 703

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR SETTING OF VIOLATION HEARING
PARTIES: ALAN B. HONEYCUTT (JUDGE)   CAREY TAING   (CLERK)
            BRENDA MATSUI        (REP)  NORMAN HEARON   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
BAIL SET AT NO BAIL
  - THIS CASE IS TRAILING YA087104
  .
   DEPARTMENT SWL CALLS DEPARTMENT SWC'S CALENDAR.
  .
```

BOMAN_00000086

```
CASE NO. YA083012                           PAGE NO.    6
DEF NO.   01                                DATE PRINTED 01/03/25

   THE MATTER IS CONTINUED TO JULY 22, 2013, AT 8:30 A.M., IN
   DEPARTMENT SWC.
   .
   ************** NO NUNC PRO TUNC LANGUAGE REQUIRED *************
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
   07/22/13   900 AM  SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
      DEPT 703

CUSTODY STATUS: REMANDED TO CUSTODY



ON 07/22/13 AT  900 AM  IN TORRANCE COURTHOUSE DEPT 703

CASE CALLED FOR SETTING OF VIOLATION HEARING
PARTIES: ERIC C. TAYLOR (JUDGE)  SHELIA BRAY    (CLERK)
             DARCY SENFF   (REP)    NORMAN HEARON   (DA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
PROBATION TO REMAIN REVOKED
AS TO COUNT  (02):
   THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

   COURT ORDERS AND FINDINGS:
   -BKG# 3506278// TRAILING YA087104.
   .
   PROBATION VIOLATION HEARING IS CONTINUED TO THE DATE
   AS INDICATED BELOW, TRAILING OPEN FELONY CASE YA087104.
   .
BAIL SET AT NO BAIL.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
   UPON MOTION OF DEFENDANT
   08/01/13   900 AM  SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
      DEPT 703

CUSTODY STATUS: DEFENDANT REMANDED



ON 08/01/13 AT  900 AM  IN TORRANCE COURTHOUSE DEPT 703

CASE CALLED FOR SETTING OF VIOLATION HEARING
PARTIES: ERIC C. TAYLOR (JUDGE)   SHELIA BRAY   (CLERK)
             DARCY SENFF        (REP)  NORMAN HEARON  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
BAIL SET AT NO BAIL
   -BKG# 3506278//TRAILING YA087104//X-2083838.
   .
   PROBATION REMAINS REVOKED.
   .
   PROBATION VIOLATION HEARING IS CONTINUED TO THE DATE AS
   INDICATED BELOW.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
```

BOMAN_00000087

```
CASE NO. YA083012                                    PAGE NO.   7
DEF NO.  01                                          DATE PRINTED 01/03/25

NEXT SCHEDULED EVENT:
 BY STIPULATION CAUSE CONTINUED TO
   08/08/13   900 AM  SETTING OF VIOLATION HEARING   DIST TORRANCE COURTHOUSE
     DEPT 703

CUSTODY STATUS: DEFENDANT REMANDED


ON 08/08/13 AT   900 AM  IN TORRANCE COURTHOUSE DEPT 703

CASE CALLED FOR SETTING OF VIOLATION HEARING
PARTIES: ERIC C. TAYLOR (JUDGE) SHELIA BRAY    (CLERK)
                DARCY SENFF   (REP)     NORMAN HEARON   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SARAH R. LANGSTON DEPUTY
   PUBLIC DEFENDER
 THE DEFENDANT IS ADVISED OF RIGHTS RE HEARING ON VIOLATION AND WAIVES RIGHTS
TO A REVOCATION HEARING.
  DEFENDANT AND COUNSEL ADMIT TO VIOLATION OF PROBATION IN OPEN COURT.

COURT FINDS DEFENDANT IN VIOLATION OF PROBATION.
   PROBATION REVOKED
SENTENCE IS IMPOSED AS FOLLOWS:
IMPRISONED IN STATE PRISON FOR A TOTAL OF 16 MONTHS
AS TO THE BASE COUNT  (02):
   SERVE  016 MONTHS IN ANY STATE PRISON
   COURT SELECTS THE LOW TERM OF  016 MONTHS AS TO THE BASE TERM COUNT 02.
    DEFENDANT GIVEN TOTAL CREDIT FOR ADDITIONAL 524 DAYS IN CUSTODY ADDITIONAL
     397 DAYS ACTUAL CUSTODY AND ADDITIONAL 127 DAYS GOOD TIME/WORK TIME
   PLUS AN ASSESSMENT VACATED: $40.00 COURT OPERATIONS ASSESSMENT (PURSUANT TO
     1465.8(A)(1) P.C.)
    AN ASSESSMENT VACATED: $30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO
     70373 G.C.)
   COURT ORDERS AND FINDINGS:
  DO NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
    INCLUDING ANY FIREARMS, KNIVES OR OTHER WEAPONS.
  PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
    BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
    IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
    SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
    IDENTIFICATION.

 DEFENDANT ACKNOWLEDGES THAT HE UNDERSTANDS AND ACCEPTS EACH
   TERM AND CONDITION OF HIS SENTENCE.
 PROBATION IS ORDERED TERMINATED PURSUANT TO SECTION 1203.3 PENAL
   CODE AT THE CONCLUSION OF TIME IN CUSTODY WITHOUT BENEFIT OF
   REDUCTION OR DISMISSAL.

 SENTENCE IS TO RUN CONCURRENT WITH THE PLEA AND DISPOSITION
 IN CASE YA087104.
 .
 PROBATION OFFICER SEQUENCE REPORT NUMBER 1 IS READ,
 CONSIDERED AND FILED THIS DATE.  X-2083838.
 .
  RELEASE NUMBER BM024145 ISSUED FOR BOOKING NUMBER 3506278.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
```

BOMAN_00000088

```
CASE NO. YA083012                                    PAGE NO.    8
DEF NO.  01                                          DATE PRINTED 01/03/25

  PROCEEDINGS TERMINATED

CUSTODY STATUS: DEFENDANT RELEASED.


01/03/25


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
DAVID W. SLAYTON ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____, DEPUTY
```



BOMAN_00000089