Case 2:18-cr-00759-JLS   Document 467-3   Filed 01/07/25   Page 1 of 5   Page ID #:5037

2-22-22
IC

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES, SOUTHWEST JUDICIAL DISTRICT

PEOPLE OF THE STATE OF CALIFORNIA
           PLAINTIFF
V.
           DEFENDANT

**ROBERT EDWARD BOMAN III**
TRANS LKA; ▮ANZA AVE # ▮
TORRANCE, CA ▮

COMPLAINT - MISDEMEANOR/INFRACTION

2TR00646

**FILED**
Superior Court of California
County of Los Angeles

FEB 22 2022

Sherri R. Carter, Executive Officer/Clerk of Court
By: R. Salazar, Deputy

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOB ▮-1993 | SEX M | HAIR BRO | EYES HAZ | HGT 6-01 | WGT 170 | RACE W |
| OPR LIC # ▮614 | | ST CA | | LPD/DR 22-1125 | | |
| MAIN NUMBER ▮098 | | | | SOC SEC ▮4906 | | |
| VEH LIC | | ST | | CII | | |
| ARRESTED CHGS | 530.5(c)(1) PC | | | FBI | | |

BKG NUMBER  6327595   CITE #            OCA # CA0195600
DATE OF ARREST  FEBRUARY 18, 2022      VIO CITY REDONDO BEACH
AKA
FIRST **ROBERT**    MID **EDWARD**    LAST **BOMANKUCHTA**    SFX

---

The undersigned declarant and complainant states that he is informed and believes and upon such information and belief declares that on or about **FEBRUARY 18, 2022** the above named Defendant, at and in the Southwest Judicial District in the County of Los Angeles, State of California, committed the crime(s) of:

## COUNT 1

A misdemeanor in that the above named Defendant(s) did willfully and unlawfully violate **California Penal Code Section 530.5(c)(1),** which provides, every person who, with intent to defraud, retains possession of the personal identifying information of another person, social security number of .

I declare under penalty of perjury that the foregoing is true and correct. Executed on **FEBRUARY 22, 2022** in the County of Los Angeles, State of California

                                                    Declarant and Complainant

---

Investigating Agency: Redondo Beach Police Department
THIS VERIFIED COMPLAINT INCORPORATES BY REFERENCE THE POLICE
REPORT   DR # 22-1125              B# 6327595              DK/ LM/DP

**PURSUANT TO PENAL CODE SECTION 1054.3 THE PEOPLE HEREBY MAKE AN INFORMAL REQUEST FOR DISCOVERY TO BE DISCLOSED BY THE DEFENDANT AND HIS/HER ATTORNEY TO THE PEOPLE WITHIN 15 DAYS OF THE RECEIPT OF THIS COMPLAINT.**

BOMAN_00000122

```
                       SUPERIOR COURT OF CALIFORNIA
                          COUNTY OF LOS ANGELES
NO. 2TR00646                                      PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.      CURRENT DATE 01/03/25
DEFENDANT 01:  ROBERT EDWARD BOMAN III
LAW ENFORCEMENT AGENCY EFFECTING ARREST: REDONDO BEACH POLICE DEPT.

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR   SURETY COMPANY   REGISTER
       DATE       OF BAIL   POSTED   BOND NO.                      NUMBER

CASE FILED ON 02/22/22.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 02/18/22 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 530.5(C)(1) PC MISD
NEXT SCHEDULED EVENT:
  02/22/22   830 AM   ARRAIGNMENT   DIST TORRANCE COURTHOUSE DEPT 003


ON 02/22/22 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 003


CASE CALLED FOR ARRAIGNMENT
PARTIES: BRAD M. FOX (JUDGE)  MARIA ARREOLA   (CLERK)
                ELECTRONIC RECORDING  (REP)    JOY ABAQUIN   (CP)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER APPOINTED.  CORY L. O'YANG - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY CORY L. O'YANG DEPUTY PUBLIC
   DEFENDER
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 530.5(C)(1) PC.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   COURT ORDERS DEFENDANT TO REPORT TO HOMELESS COURT ON 03/23/22
   LOCATED AT 200 NORTH COAST HIGHWAY IN THE CITY OF REDONDO
   BEACG CA.
   .
   MINUTE ORDER ENTERED BY THE NOTES OF THE COURT AND THE CLERK BY:

   R.FRANCO
   .
   RELEASE #BM047491 AND #BM047492
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 03/23/22   830 AM   PRETRIAL HEARING   DIST TORRANCE COURTHOUSE DEPT 002

CUSTODY-STATUS: DEFENDANT RELEASED


ON 03/23/22 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 002

CASE CALLED FOR PRETRIAL HEARING
PARTIES: KELLY MICHELLE KELLEY (JUDGE)  SHIRLEY LINARES   (CLERK)
                NONE    (REP) NONE  (CP)
THE DEFENDANT FAILS TO APPEAR, WITHOUT SUFFICIENT EXCUSE AND NOT REPRESENTED BY
   COUNSEL
   DEFENDANT FAILS TO APPEAR FOR PRETRIAL HEARING/HOUSING
   INITIATIVE COURT.
```

BOMAN_00000123

```
CASE NO. 2TR00646                                      PAGE NO.    2
DEF NO.  01                                            DATE PRINTED 01/03/25

  .
  "OR" REVOKED
NEXT SCHEDULED EVENT:
BENCH/WARRANT TO ISSUE

03/23/22 BENCH WARRANT IN THE AMOUNT OF $100.00 BY ORDER OF JUDGE KELLY
    MICHELLE KELLEY ISSUED. (03/25/22).



ON 04/01/22 AT  830 AM :

  DEFENDANT HAS A NEW CASE. CASE NUMBER 2TR01202.
  THIS CASE WILL BE SENT TO DEPARTMENT 3 ON A BW.
  (WW)



ON 04/14/22 AT  830 AM :

  DEFENDANT RELEASED ON OWN RECOGNIZANCE AND ORDERED TO APPEAR IN
  COURT.
  THE MATTER IS SET ON 07/11/22 IN DEPARTMENT 2 AT 8:30 A.M.
  ENTERED BY R.PIERCE
NEXT SCHEDULED EVENT:
  07/11/22   830 AM  BENCH WARRANT HEARING   DIST TORRANCE COURTHOUSE DEPT 002

04/14/22 BENCH WARRANT IN THE AMOUNT OF $100.00   RECALLED. (04/14/22).



ON 07/11/22 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 002

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: KELLY MICHELLE KELLEY  (JUDGE)   SHIRLEY LINARES   (CLERK)
              ELECTRONIC RECORDING       (REP)  MELANIE CHAVIRA   (CP)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY CHRISTINA STURDEVANT
   DEPUTY PUBLIC DEFENDER
   PUBLIC DEFENDER HAS HAD NO CONTACT.
  ..
  DEFENDANT FAILED TO APPEAR
  OR REVOKED
  BENCH WARRANT IN THE AMOUNT OF $1,000 ISSUED.
  ..
  MATTER IS SET FOR BENCH WARRANT HEARING ON 08/15/22 IN
  DEPARTMENT 2 AT 8:30 A.M.
  ..
  MINUTES ENTERED BY Y.PEREZ
NEXT SCHEDULED EVENT:
  08/15/22   830 AM  BENCH WARRANT HEARING   DIST TORRANCE COURTHOUSE DEPT 002



ON 08/15/22 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 002

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
  IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
  MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
```

BOMAN_00000124

```
CASE NO. 2TR00646                                    PAGE NO.   3
DEF NO.  01                                          DATE PRINTED 01/03/25

TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: KELLY MICHELLE KELLEY (JUDGE)   SHIRLEY LINARES   (CLERK)
                 ELECTRONIC RECORDING       (REP)  NONE   (CP)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL
  PD - NO CONTACT
  .
  DEFENDANT FAILS TO APPEAR FOR A BENCH WARRANT HOLD.
  .
  "OR" IS REVOKED
  .
  *NUNC PRO TUNC ORDER NOT REQUIRED
NEXT SCHEDULED EVENT:
BENCH/WARRANT TO ISSUE

08/15/22 BENCH WARRANT IN THE AMOUNT OF $1,000.00 BY ORDER OF JUDGE KELLY
    MICHELLE KELLEY ISSUED. (08/15/22).



ON 02/28/23 AT  800 AM :

  ATTORNEY IS APPEARING ON THE BENCH WARRANT IN DEPARTMENT 002
  FORTHWITH.
  .
  CASE FILE IS FORWARDED TO DEPARTMENT 002.  (S.LIVINGSTON)



ON 02/28/23 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 002

CASE CALLED FOR BENCH WARRANT HEARING
PARTIES: KELLY MICHELLE KELLEY (JUDGE)   SHIRLEY LINARES   (CLERK)
                 ELECTRONIC RECORDING   (REP)     SYDNE S. MICHEL   (CP)
DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY PETER SWARTH PRIVATE
  COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  PETER SWARTH PRIVATE COUNSEL
DEFENDANT ADVISED OF THE FOLLOWING RIGHTS ORALLY:

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY
    CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
    SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
    AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
 THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
   COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
 THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
   THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
   EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
   SAME OR SIMILAR OFFENSES.
 THE EFFECTS OF PROBATION;
 IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
```

```
CASE NO. 2TR00646                                    PAGE NO.   4
DEF NO.  01                                          DATE PRINTED 01/03/25
```

    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
    MADE;
THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
    NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
    530.5(C)(1) PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (01) : DISPOSITION: CONVICTED
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
    ACCEPTS PLEA.
    THE COURT ORDERS THE BENCH WARRANT RECALLED AND QUASHED.
WAIVES TIME FOR SENTENCE.
NEXT SCHEDULED EVENT:
    SENTENCING
    DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
    WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
    JUDGMENT:

AS TO COUNT  (01):
COURT ORDERS PROBATION DENIED.
    SERVE 180 DAYS IN LOS ANGELES COUNTY JAIL
      DEFENDANT GIVEN TOTAL CREDIT FOR 180 DAYS IN CUSTODY 0  ACTUAL CUSTODY AND 0
        GOOD TIME/WORK TIME
    JAIL TIME MAY BE SERVED IN ANY PENAL INSTITUTION.
    .
    CREDIT TIME SERVED.

    .
    THE COURT FINDS THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO
    PAY THE MANDATORY FEES, THE $40.00 COURT OPERATIONS ASSESSMENT
    PURSUANT TO PENAL CODE SECTION 1465.8(A)(1), THE $30.00 CRIMINAL
    CONVICTION ASSESSMENT FEE PURSUANT TO GOVERNMENT CODE SECTION
    70373, AND THE $150.00 RESTITUTION FINE PURSUANT TO PENAL CODE
    SECTION 1202.4(B) ARE WAIVED.
    .
    ENTERED BY D. EVERETT.
COUNT (01): DISPOSITION: CONVICTED
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
    PROCEEDINGS TERMINATED


02/28/23 BENCH WARRANT IN THE AMOUNT OF $1,000.00   RECALLED. (02/28/23).


03/10/23   ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
       JUSTICE


01/03/25


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
DAVID W. SLAYTON ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____*Michelle Lutha*_____, DEPUTY

[Seal: Superior Court of California, County of Los Angeles]

BOMAN_00000126