CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Andrew Torba_____, attest, under penalties of

perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the

information contained in this certification is true and correct.

1.    I am employed by _____Gab AI Inc_____ ("the

Provider"), my title is _____CEO_____, and I have been

employed in this capacity since approximately _____2016_____ and by

the Provider since approximately _____2016_____. I am qualified to

authenticate the records attached hereto because I am familiar with how the records were created,

managed, stored, and retrieved based upon (check all that apply):

[  ] Training.

[  ] Familiarity with relevant policy/policies.

[  ] Hands-on experience.

[✓] Supervision of one or more others with hands-on experience.

[  ] Other.  Describe:


2.    I state and certify that the records attached hereto, enclosed herewith, or made

accessible by URL or online portal ("the Records"), are true duplicates of the original records in

the custody of the Provider.  The Records are responsive to the legal process which process is

either attached hereto, enclosed herewith, or assigned the Provider's internal reference number

_____.

BOMAN_00000132

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

3.   I further state and certify that the Records:

a.   were made at or near the time of the occurrence of the matters set forth therein;

b.   were made by, or from information transmitted by, a person with knowledge of those matters;

c.   were kept in the course of the regularly conducted activity of the Provider;

d.   were made by and in the course of the regularly conducted activity as a regular practice; and

e.   were generated by the Provider's electronic process or system that produces an accurate result, to wit:

1.   the Records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the Provider in a manner to ensure that they are true duplicates of the original records; and

2.   the process or system is regularly verified by the Provider, and at all times pertinent to the Records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

11 / 06 / 2018
_____
Date

_____
Signature

BOMAN_00000133