CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER



Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697

September 25, 2018

T-Mobile / MetroPCS Tracking ID: 2011903

I, Peggy Shelley, am employed by T-Mobile, U.S.A., Inc and I am a Custodian of Records.

I further state that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by T-Mobile, U.S.A., Inc.

## Description of records:

| MSISDN/Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 3106262153 | 01/01/2017 | 08/17/2018 | Call Details No Cells |
| 3106262153 | 01/01/2017 | 08/17/2018 | Subscriber Info |
| 3107650320 | 01/01/2017 | 08/17/2018 | Call Details No Cells |
| 3107650320 | 01/01/2017 | 08/17/2018 | Subscriber Info |
| 3108742280 | 01/01/2017 | 08/17/2018 | Call Details No Cells |
| 3108742280 | 01/01/2017 | 08/17/2018 | Subscriber Info |
| 4245710779 | 01/01/2017 | 08/17/2018 | Subscriber Info |
| 4245710779 | 01/01/2017 | 08/17/2018 | Call Details No Cells |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
     information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

*Peggy Shelley*

Law Enforcement Relations Group

BOMAN_00000135