1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
4  Assistant United States Attorney
   Deputy Chief, Terrorism and Export Crimes Section
5  ANNA P. BOYLAN (Cal. Bar No. 322791)
   Assistant United States Attorney
6  Terrorism and Export Crimes Section
        1500 United States Courthouse
7       312 North Spring Street
        Los Angeles, California 90012
8       Telephone: (213) 894-0631/2170
        Facsimile: (213) 894-0141
9       E-mail:    kathrynne.seiden@usdoj.gov
                   anna.boylan@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                 UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 14 UNITED STATES OF AMERICA, | No. CR 2:18-759(A)-JLS-2 |
|---|---|
| 15         Plaintiff, | TRIAL STIPULATION NO. 1 (FOUNDATION, AUTHENTICITY, AND PREADMIT GOVERNMENT EXHIBITS) |
| 16              v. | |
| 17 ROBERT BOMAN, | Trial Date:  February 25, 2025 Trial Time:  9:00 a.m. |
| 18         Defendant. | Location:    Courtroom of the Hon. Josephine L. Staton |
| 19 | |

20
       Plaintiff United States of America, by and through its counsel
21
   of record, the Acting United States Attorney for the Central District
22
   of California and Assistant United States Attorneys Kathrynne N.
23
   Seiden and Anna P. Boylan, and defendant Robert Boman, by and through
24
   his counsel of record, Peter Swarth, hereby agree and stipulate to
25
   the following facts, which the parties agree and stipulate may be
26
   entered into evidence at trial and read to and shown to the jury at
27
   any time for any purpose, unless otherwise ordered by the Court.
28

## TRIAL STIPULATION NO. 1: EXHIBITS

1.    The below records are true and accurate copies of the items they purport to be.

2.    Defendant does not object on authenticity or foundational grounds to admission of these records at trial.

3.    Defendant agrees to pre-admission of these records under Federal Rules of Evidence 902(11), 902(13), and 803(6), subject only to objections under Federal Rules of Evidence 401 and 403.

4.    By this stipulation, without waiving the objections expressed herein, the parties request that the Court issue the proposed order filed concurrently herewith.

| Entity | Document(s) to Be Admitted and Bates Number(s) and Date of Production | Bates Number(s) of Custodian Declarations and Date of Production |
| --- | --- | --- |
| Facebook, Inc.[1] | Facebook account (identification number 100015952330065) with display name "ben.goyimprideworldwide.5" attributed to "Ben Goyimpridworldwide" (BOMAN_00000204) **Produced on February 7, 2025** | BOMAN_00000205 **Produced on February 7, 2025** |

---

[1] At the time, these records were owned by Facebook, Inc., which has been subsequently purchased by Meta Platforms, Inc.

2

| Entity | Document(s) to Be Admitted and Bates Number(s) and Date of Production | Bates Number(s) of Custodian Declarations and Date of Production |
|---|---|---|
| Twitter[2] | Twitter account number 950407121790697472 with display name "RiseAboveMvmt" (BOMAN_00000278)<br><br>**Produced on February 7, 2025** | BOMAN_00000279-BOMAN_00000280<br><br>**Produced on February 7, 2025** |
| JP Morgan Chase Bank, N.A. | Chase Account Number -5716 attributed to "Robert Rundo"<br><br>**Produced on February 7, 2025** | BOMAN_00000201-BOMAN_00000202<br><br>**Produced on February 7, 2025** |
| Facebook, Inc. | Facebook account (identification number 10001460804631) with display name "ben.daley.16" attributed to "Ben Daley" (BOMAN_00000281)<br><br>**Produced on February 14, 2025** | BOMAN_00000284<br><br>**Produced on February 14, 2025** |
| PayPal Holdings, Inc. | PayPal accounts (identification 1986308093686676284 and 1640630840449857332) attributed to "Ben Daley" (BOMAN_00000323)<br><br>**Produced on February 14, 2025** | BOMAN_00000324-BOMAN_00000325<br><br>**Produced on February 14, 2025** |

---

[2] Twitter changed its name to X, Corp. in 2023.

1    IT IS SO STIPULATED.

2    Dated:  February 18, 2025   Respectfully submitted,

3                                JOSEPH T. MCNALLY
                                 Acting United States Attorney
4
                                 DAVID T. RYAN
5                                Assistant United States Attorney
                                 Chief, National Security Division
6
                                  */s/*
7                                _____
                                 ANNA P. BOYLAN
8                                KATHRYNNE N. SEIDEN
                                 Assistant United States Attorneys
9
                                 Attorneys for Plaintiff
10                               UNITED STATES OF AMERICA

11
                                 */s/\**
12   Dated: February 18, 2025    _____
                                 PETER SWARTH
13                               Attorney for Defendant
                                 ROBERT BOMAN
14                                *signed pursuant to e-mail authorization*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4