# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. CR-18-00759(A)-JLS | Date March 4, 2025 |
| Present: The Honorable JOSEPHINE L. STATON, U.S. DISTRICT JUDGE | |
| Interpreter N/A | |

| Kelly Davis | Suzanne McKenna | Anna Boylan/Kathrynne Seiden |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Robert Boman | X | | X | Peter Swarth, CJA | X | | X |

___ Day COURT TRIAL     X  5th Day JURY TRIAL     ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ___ Held & continued;  X  Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified     ___ Exhibits admitted

___ Government rests.     ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

X  Closing arguments made     X  Court instructs jury (final)     X  Bailiff sworn Dwayne Taylor

X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X  Alternates excused     X  Jury retires to deliberate     ___ Jury resumes deliberations

___ Finding by Court as follows:     X  Jury Verdict as follows:

Dft # 2  Guilty on count(s) One and Two     ___ Not Guilty on count(s) _____

X  Jury polled     ___ Polling waived

X  Filed Witness & Exhibit lists     X  Filed Jury notes     X  Filed Jury Instructions     X  Filed Jury Verdict

X  Dft # 2  Referred to Probation Office for Investigation & Report and continued to 8-1-25 10:30am for sentencing.

___ Dft # ___ remanded to custody.     Remand/Release# _____ issd.     Dft # ___ released from custody.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|   |   |   |
|---|---|---|
|        | Bond exonerated as to Dft # _____ | |
|        | Case continued to _____ for further trial/further jury deliberation. | |
| X | Other: | Jury Note #1, #2, and #3 received. Defense counsel's request to remove location monitoring is denied. |

                      2 : 14

Initials of Deputy Clerk    KD