# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 18-00759(A)-JLS | Title | United States of America v. Robert Boman |
|---|---|---|---|
| Judge | JOSEPHINE L. STATON, United States District Judge | | |
| Dates of Trial or Hearing | 2/25/2025; 2/26/2025; 2/27/2025; 2/28/2025; 03/03/2025; 03/04/2025 | | |
| Court Reporters or Tape No. | Suzanne McKennon | | |
| Deputy Clerks | Kelly Davis, Evelyn Chun | | |

FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Anna Boylan | Peter Swarth |
| Kathrynne Seiden | |
| Solomon Kim | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | SEE ATTACHED LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
KATHRYNNE N. SEIDEN (Cal. Bar No. 310902)
Assistant United States Attorney
Deputy Chief, Terrorism and Export Crimes Section
ANNA P. BOYLAN (Cal. Bar No. 322791)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0631/2170
    Facsimile: (213) 894-0141
    E-mail:   kathrynne.seiden@usdoj.gov
            anna.boylan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:18-759(A)-JLS-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | Trial Date: February 25, 2025<br>Trial Time: 8:30 a.m. |
| ROBERT BOMAN, | Location: Courtroom of the<br>Hon. Josephine L.<br>Staton |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kathrynne N. Seiden and Anna P. Boylan, hereby submits its Witness List for the jury trial in the above-captioned case.

//
//
//

1      The government respectfully reserves the right to update,

2  modify, and edit the witness list.

3

4  Dated: February 25, 2025          Respectfully submitted,

5                                    JOSEPH T. MCNALLY
                                     Acting United States Attorney
6
                                     DAVID T. RYAN
7                                    Assistant United States Attorney
                                     Chief, National Security Division
8

9                                        /s/
                                     _____
10                                   ANNA P. BOYLAN
                                     KATHRYNNE N. SEIDEN
11                                   Assistant United States Attorneys

12                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## GOVERNMENT'S WITNESS LIST – CASE-IN-CHIEF

United States v. Robert Boman, No. 2:18-CR-759(A)-JLS-2

| WITNESS NAME |
| --- |
| Marcus McCain, Federal Bureau of Investigation, Supervisory Special Agent ✓ 2/25/25; 2/26/25 |
| Dr. Pete Simi, Ph.D. ✓ 2/26/25; 2/27/25 |
| Brian Feinzimer ✓ 2/27/25 |
| Frank Tristan ✓ 2/27/25 |
| Chris Waite, Berkeley Police Department, Sergeant, Retired ✓ 3/3/25 |
| Kevin Kleppe, Berkeley Police Department, Sergeant ✓ 3/3/25 |
| Samantha Martinez, Berkeley Police Department, Detective ✓ 3/3/25 |
| Spencer Fomby, Berkeley Police Department, Lieutenant, Retired ✓ 2/27/25 |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 1 | Account Info (GoyimPrideWorldwide Facebook) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 2 | Direct Messages 3.28.18 (GoyimPrideWorldwide Facebook) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 3 | Direct Messages 3.29.17 (GoyimPrideWorldwide Facebook) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 4 | Sent Photos 3.28.17 (GoyimPrideWorldwide Facebook) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 5 | Account Info (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 6 | Post 3.29.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 7 | Direct Message 4.2.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 8 | Post 4.16.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 9 | Post 4.17.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |

1

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 10 | Comments 4.17.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 11 | Posts 4.30.17-5.14.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 12 | Post 5.22.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 13 | Post 6.8.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 14 | Direct Messages 6.11.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 15 | Direct Messages 6.14.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 16 | Post 7.1.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 17 | Direct Messages 7.25.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |
| 18 | Direct Messages 7.30.17 (DIY Division Instagram) | Prior Ruling as to Authenticity and Foundation | | |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---|---|---|---|---|
| 19 | Account Info (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 20 | Tweets 7.18.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 21 | Tweets 8.29.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 22 | Direct Messages 7.6.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 23 | Tweets 7.13.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 24 | Tweets 7.29.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 25 | Direct Messages 7.24.17-8.16.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 26 | Direct Messages 8.10.17-8.16.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 27 | Tweets 8.16.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---|---|---|---|---|
| 28 | Direct Messages 8.16.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 29 | Direct Messages 7.31.17-9.2.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 30 | Direct Messages 8.30.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 31 | Direct Messages 9.6.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 32 | Direct Messages 9.18.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 33 | Tweets 10.4.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 34 | Tweets 10.5.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 35 | Tweets 10.20.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 36 | Tweets 11.8.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | 7/26/25 | 7/26/25 |
| 37 | Direct Messages 11.3.17-11.30.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 38 | Direct Messages 11.5.17-12.10.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 39 | Direct Messages 12.11.17-12.16.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 40 | Tweets 12.11.17 (Rise_Above_Mvnt Twitter) | Prior Ruling as to Authenticity and Foundation | | |
| 41 | Account Info (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | 7/26/25 | 7/26/25 |
| 42 | Direct Messages 1.10.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 43 | Tweets 1.11.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 44 | Direct Messages 1.17.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 45 | Tweets 1.30.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 46 | Tweets 2.4.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 47 | Tweets 2.15.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 48 | Group Direct Messages 5.10.18-5.21.18 (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 49 | Twitter RAM Promotional Video (1) (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 50 | Twitter RAM Promotional Video (2) (RiseAboveMvmt Twitter) | Stipulation to Authenticity and Foundation | | |
| 51 | PayPal Records (Account -6284) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 52 | PayPal Records (Account -7332) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 53 | Account Info (Ben.Daley.16 Facebook) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 54 | Direct Messages 6.1.17 (Ben.Daley.16 Facebook) | Stipulation to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 55 | Rundo Chase Records | Stipulation to Authenticity and Foundation | | |
| 56 | T-Mobile Subscriber Records | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 57 | Subscriber Info (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 58 | Connections (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 59 | Groups and Events (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 60 | Friend Requests (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 61 | Status Updates 2.27.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 62 | Profile Picture 3.4.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 63 | Conversation with Tyler Laube 3.5.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 64 | Activity Log 3.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 65 | Status Updates 3.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 66 | Activity Log 3.9.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 67 | Activity Log 3.10.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 68 | Activity Log 3.11.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 69 | Activity Log 3.13.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 70 | Activity Log 3.14.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 71 | Feed 3.19.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 72 | Activity Log 3.21.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 73 | Activity Log 3.23.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 74 | Mobile Uploads 3.25.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 75 | Status Updates 3.25.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 76 | Activity Log 3.25.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 77 | Mobile Uploads 3.26.17(2) (Boman Facebook) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 78 | Conversation with 100015124360740 3.25.17-6.5.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

9

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 79 | Mobile Uploads 3.26.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 80 | Activity Log 3.26.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 81 | Shared Links 3.26.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 82 | Activity Log 3.27.17-3.28.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 83 | Mobile Uploads 3.27.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 84 | Conversation with Robert Smithson 3.27.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 85 | Activity Log 3.30.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 86 | Mobile Uploads 3.31.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 87 | Status Updates 3.31.17-4.1.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 88 | Mobile Uploads 4.1.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 89 | Mobile Uploads 4.1.17(2) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 90 | Status Updates 4.3.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 91 | Activity Log 4.3.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 92 | Feed 4.3.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 93 | Status Updates 4.4.17(2) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 94 | Status Updates 4.4.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 95 | Status Updates 4.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 96 | Mobile Uploads 4.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |

11

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 97 | Mobile Uploads 4.7.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 98 | Status Updates 4.7.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 99 | Activity Log 4.12.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 100 | Activity Log 4.13.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 101 | Status Updates 4.13.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 102 | Mobile Uploads 4.13.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 103 | Activity Log 4.14.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 104 | Conversation with Kyle Loftus 3.27.17-4.14.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 105 | Mobile Uploads 4.14.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---|---|---|---|---|
| 106 | Feed 4.14.17-4.16.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 107 | Activity Log 4.15.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 108 | Mobile Uploads 4.15.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 109 | Conversation with 100001891910457 4.15.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 110 | Mobile Uploads 4.16.17(4) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 111 | Mobile Uploads 4.16.17(3) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 112 | Mobile Uploads 4.16.17(2) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 113 | Mobile Uploads 4.16.17(5) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 114 | Mobile Uploads 4.16.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 115 | Mobile Uploads 4.16.17(6) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/27/25 | 2/27/25 |
| 116 | Conversation with Brittney Dillinger 4.17.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 117 | Mobile Uploads 4.17.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/27/25 | 2/27/25 |
| 118 | Status Updates 4.17.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 119 | Conversation with Red Elephants 4.16.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 120 | Status Updates 4.18.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 121 | Conversation with Nick Boer 4.18.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 122 | Conversation with Mark Svge 4.24.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 123 | Profile Picture 4.25.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 124 | Conversation with David Nollac 4.25.17-9.5.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 125 | Mobile Uploads 4.26.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 126 | Conversation with Vance Savage 4.19.17-4.27.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 127 | Conversation wtih Vincent James 4.20.18-5.7.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 128 | Shared Links 4.27.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/27/25 | 2/27/25 |
| 129 | Mobile Uploads 4.27.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 130 | Activity Log 4.29.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 131 | Status Updates 4.20.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

15

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---|---|---|---|---|
| 132 | Conversation with Jonathan Parker 4.20.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 133 | Conversation with Daley and Dillinger 4.29.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 134 | Status Updates 5.3.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 135 | Status Updates 5.5.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 136 | Activity Log 5.5.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 137 | Feed 5.5.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 138 | Status Updates 5.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 139 | Activity Log 5.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 140 | Mobile Uploads 5.6.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 141 | Status Updates 5.7.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/27/25 | 2/27/25 |
| 142 | Photo Comments 5.7.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | |
| 143 | Activity Log 5.7.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | |
| 144 | Status Updates 5.16.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/27/25 | 2/27/25 |
| 145 | Mobile Uploads 5.16.17(5) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 146 | Mobile Uploads 5.16.17(6) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 147 | Mobile Uploads 5.16.17(3) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 148 | Mobile Uploads 5.16.17(4) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/27/25 | 2/27/25 |
| 149 | Mobile Uploads 5.16.17 (2) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |

**UNITED STATES v. ROBERT BOMAN**

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 150 | Mobile Uploads 5.16.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 151 | Activity Log 8.10.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 152 | Mobile Uploads 8.10.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 153 | Mobile Uploads 8.10.17 (2) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 154 | Mobile Uploads 8.10.17(3) (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 155 | Mobile Uploads 8.14.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 156 | Activity Log 8.25.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |
| 157 | Status Updates 9.17.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 158 | Shared Links 9.17.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | 2/26/25 |

<u>UNITED STATES v. ROBERT BOMAN</u>

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 159 | Activity log 9.23.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 160 | Feed 10.14.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 161 | Activity Log 10.20.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 162 | Conversation with Holli Nicole 10.7.17-11.28.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 163 | Conversation with 100001891910457 10.20.17-11.28.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 164 | Feed 12.4.17-12.9.17 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | | |
| 165 | Activity Log 4.2.18 (Boman Facebook) | Prior Ruling as to Authenticity and Foundation | 2/26/25 | |
| 166 | 3.25.17 Photo (1) | | 2/26/25 | 2/27/25 |
| 167 | 3.25.17 Photo (2) | | 2/26/25 | 2/27/25 |
| 168 | 3.25.17 Photo (3) | | 2/26/25 | 2/27/25 |
| 169 | 3.25.17 Photo (4) | | 2/27/25 | 2/27/25 |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 170 | 3.25.17 Photo (5) | | 2/27/25 | 2/27/25 |
| 171 | 3.25.17 Video (1) | | 2/27/25 | 2/27/25 |
| 172 | 3.25.17 Video (2) | | 2/27/25 | |
| 173 | 3.25.17 Video (3) | | 2/26/25 | |
| 174 | 3.25.17 Video (4) | | 2/27/25 | |
| 175 | 3.25.17 Video (5) | | 2/26/25 | |
| 176 | 3.25.17 Video (6) | | 2/27/25 | |
| 177 | 3.25.17 Video (7) | | 2/27/25 | |
| 178 | 4.15.17 Photo (1) | | 2/27/25 | 2/27/25 |
| 179 | 4.15.17 Photo (2) | | 2/27/25 | |
| 180 | 4.15.17 Photo (3) | | 2/26/25 | |
| 181 | 4.15.17 Photo (4) | | 2/26/25 | |
| 182 | 4.15.17 Photo (5) | | 2/27/25 | |
| 183 | 4.15.17 Photo (6) | | | |
| 184 | 4.15.17 Photo (7) | | | |
| 185 | 4.15.17 Photo (8) | | | |
| 186 | 4.15.17 Photo (9) | | | |
| 187 | 4.15.17 Photo (10) | | | |
| 188 | 4.15.17 Photo (11) | | 2/26/25 | |
| 189 | 4.15.17 Photo (12) | | 2/27/25 | |

## UNITED STATES v. ROBERT BOMAN

### CR NO. 18-759(A)-JLS-2

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 190 | 4.15.17 Video (1) | | 2/27/25 | 2/27/25 |
| 191 | 4.15.17 Video (2) | | | |
| 192 | 4.15.17 Video (3) | | | |
| 193 | 4.15.17 Video (4) | | | |
| 194 | 4.15.17 Video (5) | | | |
| 195 | 4.15.17 Video (6) | | 2/26/25 | |
| 196 | 4.15.17 Video (7) | | 2/27/25 | |
| 197 | 4.15.17 Video (8) | | | |
| 198 | 4.15.17 Video (9) | | | |
| 199 | 4.15.17 Video (10) | | | |
| 200 | 4.15.17 Video (11) | | | |
| 201 | 4.15.17 Video (12) | | | |
| 202 | 4.15.17 Video (13) | | | |
| 203 | 4.15.17 Video (14) | | | |
| 204 | 4.15.17 Video (15) | | | |
| 205 | 4.15.17 Video (16) | | | |
| 206 | 4.15.17 Video (17) | | 2/26/25 | |
| 207 | 4.15.17 Video (18) | | 2/27/25 | |
| 208 | 4.15.17 Video (19) | | | |
| 209 | 4.15.17 Video (20) | | | |

21

UNITED STATES v. ROBERT BOMAN

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 210 | 4.15.17 Video (21) | | 2/26/25 | 2/27/25 |
| 211 | 4.15.17 Video (22) | | 2/27/25 | |
| 212 | 4.15.17 Video (23) | | | |
| 213 | 4.15.17 Video (24) | | 2/26/25 | |
| 214 | 4.15.17 Video (25) | | 2/27/25 | |
| 215 | 4.15.17 Video (26) | | | |
| 216 | 4.15.17 Video (27) | | | |
| 217 | 4.15.17 Video (28) | | 2/26/25 | |
| 218 | 4.15.17 Video (29) | | 2/27/25 | |
| 219 | 4.15.17 Video (30) | | 2/26/25 | |
| 220 | 4.15.17 Video (31) | | 2/27/25 | |
| 221 | 4.15.17 Video (32) | | 2/27/25 | |
| 222 | 4.15.17 Video (33) | | 2/26/25 | |
| 223 | 4.15.17 Video (34) | | 2/27/25 | |
| 224 | 4.15.17 Video (35) | | 2/27/25 | |
| 225 | 4.15.17 Video (36) | | 2/26/25 | |
| 226 | 4.15.17 Video (37) | | 2/27/25 | |
| 227 | Ram Origins Teaser (YouTube) | | 2/25/25 | 2/25/25 |

22

UNITED STATES v. ROBERT BOMAN

CR NO. 18-759(A)-JLS-2

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | STIPULATION/ PRIOR RULING | IDENT. | IN EVID. |
|---------|-------------|---------------------------|--------|----------|
| 228 | Rise Above Movement – American Nationalists (YouTube) | | 2/25/25 | 2/25/25 |
| 229 | ProPublica Video (YouTube) | | 2/26/25 | 2/26/25 |