UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Date: 03·04·25

Time: 1:25 pm

Case No.: CR 18-00759(A)-JLS

Case Title: United States of America v. Robert Boman

JURY NOTE NUMBER ___1___

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

Is being part of a group enough to knowingly join existing conspiracy?

· Section 371, Title 18

# Instruction #15.

DATE: 3/4/25         SIGNED: _____
                              FOREPERSON OF THE JURY