UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Date: 3/04/25

Time: _____

Case No.: CR 18-00759(A)-JLS

Case Title: United States of America v. Robert Boman

JURY NOTE NUMBER __2__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_____ THE JURY REQUESTS THE FOLLOWING:

If Robert is a member of R.A.M?
Boman

DATE: 3/9/25    SIGNED: _____
FOREPERSON OF THE JURY