UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Date: 3/4/2025

Time: 2:00 pm

Case No.: CR 18-00759(A)-JLS

Case Title: United States of America v. Robert Boman

JURY NOTE NUMBER  3

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

DATE: 3/4/2025         SIGNED: _____
                                FOREPERSON OF THE JURY