FILED
CLERK, U.S. DISTRICT COURT

MAR - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:18-759(A)-JLS-2 |
| Plaintiff, | VERDICT FORM FOR DEFENDANT ROBERT BOMAN |
| v. | |
| ROBERT BOMAN, | |
| Defendant. | |

**Count One**

[18 U.S.C. § 371]

Conspiracy to Riot

1.  We, the Jury in the above-captioned case, unanimously find the defendant ROBERT BOMAN (check one):

      __X__    GUILTY

      _____    NOT GUILTY

of the offense charged in Count One of the Indictment, Conspiracy to Riot.

*(Please continue to the next page.)*

Count Two

[18 U.S.C. §§ 2101, 2(a)]

2. We, the Jury in the above-captioned case, unanimously find the defendant ROBERT BOMAN:

__X__  GUILTY

_____  NOT GUILTY

of the offense charged in Count Two of the Indictment, Rioting.

**The foreperson should now sign and date this verdict form.**

DATED: __March 4__, 2025, at Los Angeles, California.

_____
FOREPERSON OF THE JURY

3